COMMONWEALTH of Pennsylvania,
Appellant,

v.

Donald Vincent SPENCER, Appellee.

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.
Decided Dec. 16, 2003.

### ORDER

PER CURIAM:

AND NOW, this 16 [th] day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AFFIRMED. *See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488 (2003).